Lum *v.* Lum, et al.

No. 39608          April 11, 1955          78 So. 2d 892

*Farish, Keady & Campbell,* Greenville, for appellant.

*Philip Mansour,* Greenville, for appellee Charlie Lum.

GILLESPIE, J.

We affirm the decree of the chancellor in all respects except as to the temporary custody of the children. Judgment is entered here awarding appellant temporary custody of the children.

Affirmed in part, reversed in part, and remanded.

*Roberds, P. J.,* and *Hall, Kyle* and *Holmes, JJ.,* concur.